# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ARIAS GUERRERO,<br><br>　　　　　　　　　　Petitioner,<br>　vs.<br>ALBERTO R. GONZALEZ, et al.,<br><br>　　　　　　　　　　Respondents. | CASE NO. 07CV1204-BEN(WMc)<br><br>**ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION**<br>**[Docket No. 5]** |

　　　　On July 2, 2007, Petitioner Francisco Arias Guerrero ("Petitioner") filed a Petition for Emergency Application for Stay of Removal pursuant to 8 U.S.C. § 1252(f)(2). This Court denied that request on July 13, 2007. Petitioner now seeks a Motion for Reconsideration of the Court's July 13, 2007, Order. For the reasons stated below, the Court denies the motion.

　　　　Petitioner asks this Court to reconsider its previous order under Fed. R. Civ. P. 59(e). Reconsideration under Rule 59(e) "is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993) (citing *All Hawaii Tours, Corp. v. Polynesian Cultural Center*, 116 F.R.D. 645, 648 (D. Hawaii 1987), *rev'd on other grounds*, 855 F.2d 860 (9th Cir.1988)). None of these circumstances apply here, Petitioner merely seeks for this Court to change its mind in Petitioner's favor. The Petitioner presents no newly discovered evidence to justify

1  reconsideration. Similarly, the Court finds that Rule 60(b) has no application here either. Rule 60(b)
2  allows the Court to relieve a party from final judgment on the basis of "(1) mistake, inadvertence,
3  surprise or excusable neglect; ....(6) or any other reason justifying relief from the operation of the
4  judgment." Fed. R. Civ. P. 60(b). This has not been shown and does not apply.

5  Furthermore, Local Civil Rule 7.1.i requires a party seeking reconsideration to show "what
6  new or different facts and circumstances are claimed to exist which did not exist, or were not shown,
7  upon such prior application." Petitioner has failed to fulfill this procedural requirement. Petitioner's
8  Motion for Reconsideration (Doc. No. 5) is therefore **DENIED**.

9  **IT IS SO ORDERED**.

11  DATED: August 20, 2007

13  Hon. Roger T. Benitez
United States District Judge

15  cc: All parties and respective counsel

- 2 -   07CV1204-BEN(WMc)