FILED
2007 SEP 12 PM 3: 57
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____CP_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ARIAS GUERRERO,<br><br>                    Petitioner,<br>vs.<br><br>ALBERTO R. GONZALEZ, et al.,<br><br>                    Respondents. | CASE NO. 07CV1204-BEN(WMc)<br><br>**ORDER TRANSFERRING CASE TO THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Pursuant to Public Law 109-13 ("the Real ID Act of 2005"), this case in its entirety is transferred to the United States Court of Appeals for the Ninth Circuit for all further proceedings.

**IT IS SO ORDERED.**

DATED: 9/12/07

ROGER T. BENITEZ
United States District Judge

cc: All parties and respective counsel

- 1 -

07CV1204-BEN(WMc)